AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GENERAL CIGAR COMPANY, INC.<br><br>*Plaintiff(s)*<br>v.<br>LEE HAMMOND d/b/a Steel Horse Cigar Company<br><br>*Defendant(s)* | Civil Action No. 16-cv-22487-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lee Hammond d/b/a Steel Horse Cigar Company
8260 NW 14th Street
EPS-D4132
Doral, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jose G. Sepulveda, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
(305) 789-3200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jun 27, 2016



Steven M. Larimore
Clerk of Court

s/ L. Harris
Deputy Clerk
U.S. District Courts